UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

# NOTICE OF APPEAL

Debtors Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. appeal under 28 U.S.C. § 158(a)(1) from the Order Confirming That Automatic Stay Does Not Apply to Applications for Entry of Consent Judgments [D.I. 1140] (the "Order") (attached), entered in these bankruptcy cases on September 6, 2018.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

**Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.**

C. Richard Rayburn, Jr.
John R. Miller, Jr.
RAYBURN COOPER & DURHAM, P.A.
1200 Carillon
227 West Trade Street
Charlotte, North Carolina  28202
Telephone:  (704) 334-0891
Facsimile:  (704) 377-1897
E-mail:   rrayburn@rcdlaw.net
          jmiller@rcdlaw.net

-and-

Gregory M. Gordon
Dan B. Prieto

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
      dbprieto@jonesday.com

**Oregon Department of Environmental Quality**

Carolyn G. Wade
Senior Assistant Attorneys General
Oregon Department of Justice
Of Attorneys for State of Oregon
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Facsimile: (503) 373-7067
E-mail: Carolyn.G.Wade@doj.state.or.us

**AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company)**

Brady A. Yntema
GOLDBERG SEGALLA LLP
800 Green Valley Road, Suite 302
Greensboro, NC 27408
Telephone: 336.419.4900
Facsimile: 336.419.4950
Email: byntema@goldbergsegalla.com

-and-

Susan N.K. Gummow
John Eggum
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
Telephone: 312.863.5053
Facsimile: 312.863.5099
Email: sgummow@fgppr.com
      jeggum@fgppr.com

**Truck Insurance Exchange**

Michael L. Martinez
GRIER FURR & CRISP, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina  28246
Phone: (704) 332-0209
Facsimile: (704) 332-0215
Email:  mmartinez@grierlaw.com

- and –

Michael A. Rosenthal
Robert B. Krakow
Alan Moskowitz
Matthew G. Bouslog
Jason Zachary Goldstein
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Phone: (212) 351-4000
Facsimile: (212) 351-4035
Email:  MRosenthal@gibsondunn.com
         RKrakow@gibsondunn.com
         AMoskowitz@gibsondunn.com
         MBouslog@gibsondunn.com
         JGoldstein@gibsondunn.com

**Armstrong World Industries, Inc.**

Christopher M. Towery
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC  27101
Phone:  (336) 747-6640
Email:  chris.towery@wbd-us.com

-and-

Rory D. Whelehan
WOMBLE BOND DICKINSON (US) LLP
P.O. Box 10208
Greenville, SC  29603-0208
Phone:  (864) 255-5404
Facsimile:  (864) 255-5484
Email:  rory.whelehan@wbd-us.com

**Owens Corning**

Douglas R. Pahl
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222
Email: DPahl@perkinscoie.com

Dated: September 18, 2018

Respectfully submitted,

/s/ John R. Miller, Jr.
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
RAYBURN COOPER & DURHAM, P.A.
1200 Carillon
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 334-0891
Facsimile: (704) 377-1897
E-mail:  rrayburn@rcdlaw.net
         jmiller@rcdlaw.net

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail:  gmgordon@jonesday.com
         dbprieto@jonesday.com

ATTORNEYS FOR DEBTORS



FILED & JUDGMENT ENTERED
Steven T. Salata

September 6 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | Case No. 16-31602 (JCW) |
| Debtors. | (Jointly Administered) |

**ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO APPLICATIONS FOR ENTRY OF CONSENT JUDGMENTS**

This matter coming before the Court on the *Motion by Oregon Department of Environmental Quality for Confirmation that Automatic Stay Does Not Apply to Applications for Entry of Consent Judgments, or, in the Alternative, Relief from the Automatic Stay for Cause* [D.E. 984] (the "Motion").[2] Debtors and certain insurance carriers filed objections to the Motion. [D.E. 997, 1000, and 1008.] Armstrong and Owens Corning filed joinders to the Motion [D.E. 1014 and 1015].

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

DM9160459 1

The Motion came on for a preliminary hearing on June 14, 2018. After the preliminary hearing, the Oregon Department of Environmental Quality ("DEQ") withdrew the portion of the Motion seeking relief from the automatic stay for cause [D.E. 1056] (the "Withdrawal"). The Motion came on for a final hearing on August 16, 2018 (the "Final Hearing"). Based upon a review of the record and the arguments of counsel, the Court makes the following findings of fact and conclusions of law:[3]

A. This court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1337;

B. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409;

C. This is a core proceeding pursuant to 28 U.S.C. § 157(b);

D. Notice of the Motion was sufficient under the circumstances;

E. The purpose of the laws applicable here is to effectuate public policy and to protect the public health and welfare. Therefore, under *Safety–Kleen, Inc. v. Wyche,* 274 F.3d 846 (4th Cir. 2001), entry of the Proposed Consent Judgments in the Circuit Court for Columbia County, Oregon is excepted from the automatic stay by the police and regulatory powers exception set forth in 11 U.S.C. §362(b)(4);

F. In addition, although it is beyond dispute that the Debtors' contribution rights are property of their estates, such rights are created and defined by applicable state law. Under applicable state law, the Debtors have contribution rights only if the other potentially responsible parties have not settled with the DEQ. This is a limitation on the property interest. Entering into the Proposed Consent Judgments is not an action to affect estate property, but a limitation on the estate property in the nature of the interest itself. As a result, entry of the Proposed Consent

---

[3] To the extent any findings of fact constitute conclusions of law, they are adopted as such and vice versa.

DM9160459 2

Judgments in the Circuit Court for Columbia County, Oregon is not automatically stayed under 11 U.S.C. §362(a); and

G. The relief requested in the Motion, as modified by the Withdrawal, should be granted for the reasons stated by the Court at the conclusion of the Final Hearing; and

H. The Court considers this Order to be a final order that is immediately appealable to the United States District Court for the Western District of North Carolina (the "District Court"). Alternatively, if this Order is interlocutory, the Court recommends that the District Court grant leave to hear an appeal of this Order.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion, as modified by the Withdrawal, is GRANTED as set forth herein, and any objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled are hereby OVERRULED.

2. Entry of the Proposed Consent Judgments in the Circuit Court for Columbia County, Oregon is not stayed under 11 U.S.C. § 362.

3. The effect of this Order is stayed for forty-five (45) days after entry hereof.

4. A request for a stay of this Order pending appeal under Rule 8007(a)(1) of the Federal Rules of Bankruptcy Procedure is deemed denied to permit the Debtors to move for relief under Rule 8007(b) in the United States District Court for the Western District of North Carolina without further motion to this Court.

This Order has been signed electronically.                United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of this Order.