# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| Kaiser Gypsum Company, Inc. & Hanson Permanente Cement, Inc. </br> *Plaintiff* </br> v. </br> Oregon Departement of Environmental Quality </br> *Defendant* | ) </br> ) </br> ) Case No. 3:18-cv-00507-GCM </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.

Date:   10/09/2018

/s/ Benjamin E. Shook
*Attorney's signature*

Benjamin E. Shook, NC Bar No. 44793
*Printed name and bar number*

Rayburn Cooper & Durham, P.A.
227 W. Trade Street, Suite 1200
Charlotte, NC 28202
*Address*

bshook@rcdlaw.net
*E-mail address*

(704) 334-0891
*Telephone number*

(704) 377-1897
*FAX number*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2018, a copy of the foregoing was served upon the parties in this action by ECF electronic service, electronic mail, and First-Class United States Mail, postage prepaid, as follows:

Gregory M. Gordon
Dan B. Prieto
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
dbprieto@jonesday.com

*Counsel for Appellants*

Carolyn G. Wade
Senior Assistant Attorneys General
Oregon Department of Justice
Of Attorneys for State of Oregon
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Facsimile: (503) 373-7067
E-mail: carolyn.G.Wade@doj.state.or.us

*Counsel for Appellee Oregon Department of Environmental Quality*

Michael L. Martinez
GRIER FURR & CRISP, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Phone: (704) 332-0209
Facsimile: (704) 332-0215
Email: mmartinez@grierlaw.com

- and –

Brady A. Yntema
GOLDBERG SEGALLA LLP
800 Green Valley Road, Suite 302
Greensboro, NC 27408
Telephone: 336.419.4900
Facsimile: 336.419.4950
Email: byntema@goldbergsegalla.com

-and-

Susan N.K. Gummow
John Eggum
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
Telephone: 312.863.5053
Facsimile: 312.863.5099
Email: sgummow@fgppr.com
jeggum@fgppr.com

*Counsel for AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company)*

Christopher M. Towery
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Phone: (336) 747-6640
Email: chris.towery@wbd-us.com

-and-

Michael A. Rosenthal
Robert B. Krakow
Alan Moskowitz
Matthew G. Bouslog
Jason Zachary Goldstein
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Phone: (212) 351-4000
Facsimile: (212) 351-4035
Email: MRosenthal@gibsondunn.com
         RKrakow@gibsondunn.com
         AMoskowitz@gibsondunn.com
         MBouslog@gibsondunn.com
         JGoldstein@gibsondunn.com

*Counsel for Truck Insurance Exchange*

Douglas R. Pahl
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222
Email:  DPahl@perkinscoie.com

*Counsel for Owns Corning*

Rory D. Whelehan
WOMBLE BOND DICKINSON (US) LLP
P.O. Box 10208
Greenville, SC  29603-0208
Phone:  (864) 255-5404
Facsimile:  (864) 255-5484
Email:  rory.whelehan@wbd-us.com

*Counsel for Armstrong World Industries, Inc.*

    s// Benjamin E. Shook _____
      Benjamin E. Shook