IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| KAISER GYPSUM COMPANY, INC., <br><br> and <br><br> HANSON PERMANENTE CEMENT, INC. <br><br> Appellants, <br><br> v. <br><br> OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY <br><br> Appellee. | Case No. 3:18-cv-00507-GCM <br><br> Senior Judge Graham Mullen |

**ORDER GRANTING APPELLANTS' UNOPPOSED**

**MOTION FOR STAY PENDING APPEAL**

The Court has considered Appellants' Unopposed Motion for Stay Pending Appeal [D.I. 4] and the accompanying exhibits and finds that good cause exists to grant the motion, and that the requirements for a stay pending appeal are satisfied.

**IT IS THEREFORE ORDERED THAT:**

1. Appellants' Unopposed Motion for Stay Pending Appeal [D.I. 4] is **GRANTED**.

2. The Order Confirming that Automatic Stay Does Not Apply to Applications for Entry of Consent Judgments, entered by the United States Bankruptcy Court for the Western

District of North Carolina on September 6, 2018 (Bankruptcy Court D.I. 1140), and the effect of the Order, are hereby **STAYED** for the duration of this appeal in the United States District Court.

3. The stay shall continue until fourteen (14) days following (1) the entry of this Court's judgment or (2) this Court's entry of an order disposing of all motions for rehearing (to the extent any such motions are filed) of its judgment in this matter, whichever is later. Nothing in this Order will preclude any party from seeking a further stay upon the expiration of the stay granted herein.

4. The Court does not require bond or other security for the stay.

**IT IS SO ORDERED.**

Signed: October 10, 2018

Graham C. Mullen

United States Senior District Judge