IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-00507-GCM

| | |
|---|---|
| **KAISER GYPSUM COMPANY, INC.,** ) <br> ) <br> **a**nd ) <br> ) <br> **HANSON PERMANENTE CEMENT, INC.** ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> **OREGON DEPARTMENT OF** ) <br> **ENVIRONMENTAL QUALITY** ) <br> ) <br> Appellee. ) | **NOTICE OF APPEARANCE** <br> **AND REQUEST FOR NOTICE** |

The undersigned attorneys are admitted to practice in this Court and hereby give notice of appearance in this action as co-counsel for the Official Committee of Unsecured Creditors of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Appellants. Please take notice that the undersigned counsel request that all notices, pleadings, and other papers filed and/or served in this case, be served on the undersigned attorney at the address shown below:

Andrew T. Houston
ahouston@mwhattorneys.com
Moon Wright & Houston, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202
(704) 944-6560
Fax (704) 944-0380

Dated: Charlotte, North Carolina
October 16, 2018

**MOON WRIGHT & HOUSTON, PLLC**

By: */s/ Andrew Houston*
Andrew T. Houston (State Bar No. 36208)
121 West Trade Street, Suite 1950
Charlotte, N.C. 28202
Telephone: (704) 944-6560
Facsimile: (704) 944-0380
ahouston@mwhattorneys.com