# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

KAISER GYPSUM COMPANY, INC.,

and

HANSON PERMANENTE CEMENT, INC.

Appellants,

v.

OREGON DEPARTMENT OF
ENVIRONMENTAL QUALITY

Appellee.

Case No. 3:18-cv-00507-GCM
Senior Judge Graham Mullen

## ORDER GRANTING APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL

THIS MATTER is before the Court on Appellants' Motion to Voluntarily Dismiss Appeal (Docket No. 23) (the "Motion"). As previously reported to the Court, Appellants and Appellee, the Oregon Department of Environmental Quality, reached a settlement agreement, which was approved the United States Bankruptcy Court for the Western District of North Carolina by order dated May 7, 2019.

IT IS THEREFORE ORDERED that the Motion is GRANTED. This matter is DISMISSED, with prejudice, each side to bear its own costs and fees, and the Clerk is respectfully directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Signed: May 13, 2019

Graham C. Mullen
United States District Judge